| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Doub, Randy D. | 2. Court or Organization U.S. Bankruptcy Court, EDNC | 3. Date of Report 06/10/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

1760 - A Parkwood Boulevard
Wilson, North Carolina 27893

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Notary Public | State of North Carolina |
| 2. | Trustee | Trust #1 |
| 3. | Power of Attorney | POA #1 |
| 4. | Chairman | Pitt District Boy Scouts of America |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Doub, Randy D. | 06/10/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Eastern Bankruptcy Institute | June 1-2, 2012 | North Mrytle Beach , SC | CLE | travel, hotel, food |
| 2. | NC Bar Association | Nov 9 - 10, 2012 | Ashville, NC | CLE | travel and hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 2. | East Carolina Bank Account | A | Interest | J | T | | | | | |
| 3. | East Carolina Bank Money Market Account | A | Interest | J | T | | | | | |
| 4. | East Carolina Bank savings Account | A | Interest | J | T | | | | | |
| 5. | East Carolina Bank savings Account | A | Interest | J | T | | | | | |
| 6. | BB and T checking account | A | Interest | J | T | | | | | |
| 7. | IRA #1 | A | Int./Div. | J | T | | | | | |
| 8. | - Cash account Scott and Stringfellow | | | | | | | | | |
| 9. | - SOVIX mutual fund | | | | | | | | | |
| 10. | IRA #2 | B | Int./Div. | M | T | | | | | |
| 11. | -ABALX | | | | | Distributed (part) | 06/01/12 | K | | |
| 12. | | | | | | Distributed (part) | 07/09/12 | J | | |
| 13. | -AMECX | | | | | Distributed (part) | 06/01/12 | K | | |
| 14. | | | | | | Distributed (part) | 07/09/12 | K | | |
| 15. | WNC Tax Credits | A | Dividend | J | T | | | | | |
| 16. | IRA #3 | A | Interest | K | T | | | | | |
| 17. | -Sterling Trust Co - Cash, gold platinum | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brokerage Account # 1 (H) | | | | | | | | | |
| 19. Scott and Stringfellow cash account | A | Interest | J | T | | | | | |
| 20. ABALX | A | Dividend | J | T | | | | | |
| 21. CBF Moderate Growth 1996-98 Alt Ax | A | Dividend | | | Sold | 04/03/12 | K | | |
| 22. Lincoln National Flex Prem Adjust Life policy | A | Int./Div. | J | T | | | | | |
| 23. Brokerage Account # 2 (H) | | | | | | | | | |
| 24. Scott and Stringfellow cash account | A | Interest | J | T | | | | | |
| 25. ABALX | A | Dividend | J | T | | | | | |
| 26. CBF Moderate Growth 1996-98 Alt Ax | A | Dividend | K | T | | | | | |
| 27. Lincoln National Flex Prem Adjust Life policy | A | Int./Div. | J | T | | | | | |
| 28. AXA Equitable Flex Prem Universal Life Policy | A | Int./Div. | J | T | | | | | |
| 29. Antique Coins, Gold and Silver | | None | L | T | | | | | |
| 30. North Carolina State Retirement (no control) | | None | K | T | | | | | |
| 31. Ameriprise Financial -RiverSourse Flexible Annuity, TSA | A | Int./Div. | K | T | | | | | |
| 32. Wells Fargo Bank Checking (PoA) f/k/a Wachovia | A | Interest | J | T | | | | | |
| 33. Wells Fargo Bank Checking (PoA) f/k/a Wachovia | A | Interest | J | T | | | | | |
| 34. Wells Fargo money market (PoA) f/k/a/ Wachovia | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Doub, Randy D. | 06/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wells Fargo Securities Brokerage Account (PA) (H) | | | | | | | | | |
| 36. FE (PA) | A | Dividend | J | T | | | | | |
| 37. PGN (PA) | A | Dividend | J | T | | | | | |
| 38. OGE (PA) | A | Dividend | J | T | | | | | |
| 39. Alamance Bond (PA) | A | Interest | J | T | | | | | |
| 40. NC Cap Bond (PA) | A | Interest | J | T | | | | | |
| 41. Charlotte Bond | A | Interest | | | Redeemed | 07/02/12 | J | | |
| 42. Charlotte-Meck Bond (PA) | A | Interest | | | Redeemed | 05/24/12 | K | | |
| 43. NC Med Care Bond (PA) | A | Interest | | | Redeemed | 11/14/12 | J | | |
| 44. Piedmont Federal Cert. of Deposit (PA) | B | Interest | | | Redeemed | 04/25/12 | K | | |
| 45. Hartford Annuity (PA) | A | Interest | K | T | | | | | |
| 46. Hartford Annuity (PA) | A | Interest | K | T | | | | | |
| 47. Piedmont Aviation Credit Union | A | Interest | J | T | | | | | |
| 48. ECB checking (trustee) | A | Interest | | | Closed | 01/28/12 | J | | |
| 49. Old North State Trust, LLC (H) (testamentary trust) # 1 | | | | | | | | | |
| 50. Federated Treasury Obligations Fund-Prime Cash Obligation | B | Interest | K | T | Buy (add'l) | 01/09/12 | J | | |
| 51. | | | | | Sold (part) | 01/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Doub, Randy D. | 06/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 01/17/12 | J | | |
| 53. | | | | | Buy (add'l) | 09/17/12 | K | | |
| 54. | | | | | Sold (part) | 08/18/12 | K | | |
| 55. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 56. Blackrock Natural Resource A | A | Dividend | J | T | | | | | |
| 57. Diamond Hill Long Short Inst. Fund | A | Dividend | | | Sold | 09/17/12 | J | A | |
| 58. ING Int'l Real Estate Fund | A | Dividend | J | T | | | | | |
| 59. Oppenheimer Developing Markets | A | Dividend | J | T | | | | | |
| 60. American Europacific Growth Fund | A | Dividend | J | T | | | | | |
| 61. Oakmark International Fund I | A | Dividend | J | T | | | | | |
| 62. Matthews Asia Pacific Dividend Fund | A | Dividend | J | T | | | | | |
| 63. Federated Equity Funds Strategic Fund Value Divid Fund Inst | A | Dividend | K | T | | | | | |
| 64. American The Growth Fund of America F | A | Dividend | | | Sold | 01/09/12 | J | | |
| 65. Wells Fargo Adv. Intrinsic Value Fund | A | Dividend | J | T | | | | | |
| 66. Columbia Acorn Fund 2 | A | Dividend | J | T | | | | | |
| 67. Janus Perkins Mid Cap Value | A | Dividend | J | T | | | | | |
| 68. Aim Invt Funds Invescoinvt Funds Invesco select cos fd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Doub, Randy D. | 06/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. GS Multi Step Cpn Bond 3.50% 09/17/2020 | A | Interest | J | T | Sold (part) | 09/17/12 | J | | |
| 70. Dodge & Cox Income Fund | A | Dividend | J | T | | | | | |
| 71. Federated Short Term Income Fund | A | Dividend | K | T | Buy (add'l) | 01/23/12 | J | | |
| 72. Federated Total Return Bond Fund Inst I Serv | A | Dividend | J | T | | | | | |
| 73. Fifth Third Short Term Bond Fund | A | Dividend | | | Sold | 01/23/12 | K | | |
| 74. Franklin Tax Free High Yield | A | Dividend | K | T | | | | | |
| 75. Loomis Sayles Bond Fund Retail | A | Dividend | J | T | | | | | |
| 76. Oppenheimer Int'l Bond Fund Class | A | Dividend | J | T | | | | | |
| 77. Pimco Low Duration Fund Inst | A | Dividend | K | T | Buy (add'l) | 1/23/12 | J | | |
| 78. Prudential Short-termcorporate BD Fund Inc | A | Dividend | K | T | Buy (add'l) | 01/23/12 | J | | |
| 79. Sit US Government Securities Fund | A | Interest | K | T | Buy (add'l) | 1/23/12 | J | | |
| 80. Templeton Income Tr Global Bd Fund Advisor Class | A | Dividend | J | T | | | | | |
| 81. Vanguard Inflation Protected Securities | A | Dividend | J | T | | | | | |
| 82. Calamos Market Neutral | A | Dividend | J | T | Buy | 09/17/12 | J | | |
| 83. Harbor Capital Appreciation Fund | A | Dividend | J | T | Buy | 01/10/12 | J | | |
| 84. Global Natural Resources Fund | A | Dividend | J | T | Buy | 09/17/12 | J | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Old North State Trust LLC #2 (H) | | | | | | | | | |
| 87. Federated Treasury Obligations Fund-Prime Cash Obligation | B | Interest | K | T | Buy (add'l) | 01/09/12 | K | | |
| 88. | | | | | Sold (part) | 01/10/12 | K | | |
| 89. | | | | | Sold (part) | 01/25/12 | J | | |
| 90. | | | | | Buy (add'l) | 02/03/12 | J | | |
| 91. | | | | | Sold (part) | 02/24/12 | J | | |
| 92. | | | | | Sold (part) | 03/23/12 | J | | |
| 93. | | | | | Sold (part) | 04/12/12 | J | | |
| 94. | | | | | Sold (part) | 04/25/12 | J | | |
| 95. | | | | | Sold (part) | 05/25/12 | J | | |
| 96. | | | | | Sold (part) | 05/29/12 | J | | |
| 97. | | | | | Sold (part) | 06/25/12 | J | | |
| 98. | | | | | Sold (part) | 07/25/12 | J | | |
| 99. | | | | | Sold (part) | 08/24/12 | J | | |
| 100. | | | | | Sold (part) | 09/25/12 | J | | |
| 101. | | | | | Sold (part) | 10/25/12 | J | | |
| 102. | | | | | Sold (part) | 11/23/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Doub, Randy D. | 06/10/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 12/20/12 | J | | |
| 104. | | | | | Buy (add'l) | 05/30/12 | J | | |
| 105. | | | | | Buy (add'l) | 09/17/12 | K | | |
| 106. | | | | | Buy (add'l) | 12/28/12 | J | | |
| 107. SPDR Gold Shares | A | Dividend | J | T | | | | | |
| 108. Blackrock Natural Resource A | A | Dividend | | | Sold | 09/17/12 | J | | |
| 109. Cohen & Steers Realty Shares, Inc | B | Dividend | J | T | | | | | |
| 110. Diamond Hill Long Short Inst. Fund | A | Dividend | | | Sold | 09/17/12 | J | | |
| 111. Oppenheimer Developing Markets | A | Dividend | J | T | | | | | |
| 112. American Europacific Growth Fund | A | Dividend | J | T | | | | | |
| 113. Oakmark International Fund | B | Dividend | J | T | | | | | |
| 114. Matthews Asia Pacific Dividend Fund | A | Dividend | J | T | | | | | |
| 115. Federated Equity Funds Strategic Value Divid Fund Instl | B | Dividend | K | T | | | | | |
| 116. American The Growth Fund of America Fund | A | Dividend | | | Sold | 01/09/12 | K | | |
| 117. Pamassus Equity Income Fund Instl | A | Dividend | K | T | | | | | |
| 118. Columbia Acorn Fund Z | A | Dividend | J | T | Buy (add'l) | 08/24/12 | J | | |
| 119. Janus Perkins Mid Cap Value | A | Dividend | J | T | Buy (add'l) | 08/24/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Doub, Randy D. | 06/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Royce Value Inst Fund | A | Dividend | | | Sold | 08/24/12 | J | | |
| 121. Heartland Value Plus Inst | A | Dividend | J | T | | | | | |
| 122. GS Multi Step Cpn Bond 3.50% 9/17/2020 | A | Interest | | | Sold | 09/17/12 | J | | |
| 123. IShares Barclays | A | Dividend | J | T | | | | | |
| 124. Dodge & Cox Income Fund | A | Dividend | J | T | | | | | |
| 125. Federated Short Term Income Fund | A | Dividend | K | T | | | | | |
| 126. Federated Total Return Bond Fund Inst I Serv | A | Dividend | K | T | | | | | |
| 127. Franklin Tax Free High Yield | A | Dividend | J | T | | | | | |
| 128. Loomis Sayles Bond Fund Retail | A | Dividend | J | T | | | | | |
| 129. Oppenheimer Int'l Bond Fund Class Y | A | Dividend | J | T | | | | | |
| 130. Pimco Low Duration Fund Inst | A | Dividend | J | T | | | | | |
| 131. Prudential Short-termcorporate Dd Fund Inc, Class Z | A | Dividend | J | T | | | | | |
| 132. Sit US government Securities Fund | A | Dividend | K | T | | | | | |
| 133. Harbor Capital Appreciation Fund | A | Dividend | K | T | Buy | 01/10/12 | K | | |
| 134. Calamos Market Neutral | A | Dividend | J | T | Buy | 9/17/12 | J | | |
| 135. Global Natural Resources Fund | A | Dividend | J | T | Buy | 09/17/12 | J | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Doub, Randy D. | 06/10/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Randy D. Doub**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544